# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 21, 2023

## NO. 03-23-00106-CV

**David Henric, Cecilia Walters, and Wilton Cox, Appellants**

**v.**

**Branden Glover and Cavalry Solar Solutions, LLC d/b/a Apollo Energy, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND JONES**
**DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the order signed by the trial court on January 31, 2023. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.